WHA 30

| | |
|---|---|
| 1 | **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY** |
| 2 | Name  Allara       Anthony       V |
|   |       (Last)        (First)      (Initial) |
| 3 | Prisoner Number  K60159 |
| 4 | Institutional Address  SVSP Po. Box. 1050 Soledad Calif 93960 |
| 5 | |

FILED
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

===============================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Anthony Allara
(Enter the full name of plaintiff in this action.)

vs.

A Old Folsome State Prison

Sacramento County Jail

(Enter the full name of respondent(s) or jailor in this action)

CV 08 3027

Case No. _____
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**

WHA
(PR)

===============================================================

Read Comments Carefully Before Filling In

**When and Where to File**

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS           - 1 -

1 | Who to Name as Respondent

2 |     You must name the person in whose actual custody you are. This usually means the Warden or
3 | jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4 | you are imprisoned or by whom you were convicted and sentenced. These are not proper
5 | respondents.
6 |     If you are not presently in custody pursuant to the state judgment against which you seek relief
7 | but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8 | custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9 | was entered.

10 | A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11 |   1. What sentence are you challenging in this petition?

12 |     (a)  Name and location of court that imposed sentence (for example; Alameda
13 |           County Superior Court, Oakland):
14 |       _Sacramento Co. Superior Court, Sacramento Calif_
15 |       Court                      Location
16 |     (b)  Case number, if known _98F09296_
17 |     (c)  Date and terms of sentence _2022_ _22 years_
18 |     (d)  Are you now in custody serving this term? (Custody means being in jail, on
19 |           parole or probation, etc.)      Yes _✓_  No _____
20 |       Where?
21 |       Name of Institution: _Salinas Valley State Prison_
22 |       Address: _P.O. Box 1050 Soledad CA. 93960_

23 |   2. For what crime were you given this sentence? (If your petition challenges a sentence for
24 | more than one crime, list each crime separately using Penal Code numbers if known. If you are
25 | challenging more than one sentence, you should file a different petition for each sentence.)
26 | _____
27 | _____
28 | _____

PET. FOR WRIT OF HAB. CORPUS      - 2 -

1  3. Did you have any of the following?

2      Arraignment:                              Yes _____   No _____

3      Preliminary Hearing:                Yes _____   No _____

4      Motion to Suppress:                Yes _____   No _____

5  4. How did you plead?

6      Guilty _____   Not Guilty ✓   Nolo Contendere _____

7      Any other plea (specify) _____

8  5. If you went to trial, what kind of trial did you have?

9      Jury ✓   Judge alone _____   Judge alone on a transcript _____

10  6. Did you testify at your trial?             Yes _____   No ✓

11  7. Did you have an attorney at the following proceedings:

12      (a)  Arraignment                    Yes _____   No ✓

13      (b)  Preliminary hearing            Yes _____   No ✓

14      (c)  Time of plea                    Yes _____   No ✓

15      (d)  Trial                             Yes _____   No ✓

16      (e)  Sentencing                     Yes _____   No ✓

17      (f)  Appeal                         Yes _____   No ✓

18      (g)  Other post-conviction proceeding  Yes _____   No ✓

19  8. Did you appeal your conviction?        Yes ✓   No _____

20      (a) If you did, to what court(s) did you appeal?

21          Court of Appeal                Yes _____   No ✓

22          Year: 2000   Result: Two days late of file

23          Supreme Court of California     Yes _____   No _____

24          Year: 2001   Result: None

25          Any other court                Yes _____   No ✓

26          Year: _____   Result: _____

27

28      (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

1                               petition?                               Yes ✓      No____

2         (c)       Was there an opinion?                 Yes ____      No ✓

3         (d)       Did you seek permission to file a late appeal under Rule 31(a)?

4                                                                                Yes ____      No ✓

5                        If you did, give the name of the court and the result:

6                        _____

7                        _____

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9  this conviction in any court, state or federal?          Yes ____     No ✓

10      [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11 challenged the same conviction you are challenging now and if that petition was denied or dismissed

12 with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13 for an order authorizing the district court to consider this petition. You may not file a second or

14 subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15 U.S.C. §§ 2244(b).]

16         (a)       If you sought relief in any proceeding other than an appeal, answer the following

17                    questions for each proceeding. Attach extra paper if you need more space.

18         I.        Name of Court: **Sacramento Superior**

19                 Type of Proceeding: **Jury Trial**

20                 Grounds raised (Be brief but specific): **My Sister Lois Brown,**

21                 a. **asked I Keep Assult by 2 co's at Old Folsome –**

22                 b. **where they orderd me on hands & Knees then,**

23                 c. **Kicked both sides of my ribs for 5 minutes**

24                 d. **Sister asked I Keep this confidental in court.**

25                 Result: **Brused lung & Ribs**       Date of Result: **No Olsen Rview**

26         II.       Name of Court: _____

27                 Type of Proceeding: _____

28                 Grounds raised (Be brief but specific):

|   |   |   |
|---|---|---|
| 1 | | a._____ |
| 2 | | b._____ |
| 3 | | c._____ |
| 4 | | d._____ |
| 5 | | Result: _____ Date of Result:_____ |
| 6 | III. | Name of Court: **Spoke of assults in open ct. Sac. Superior** |
| 7 | | Type of Proceeding: **Took 5th Amendment in Jury Trial** |
| 8 | | Grounds raised (Be brief but specific): |
| 9 | | a. **Denighed Change of Venue Due to 2 cell raids—** |
| 10 | | b. **— at Sacramento Co. Jail where both elbow's were** |
| 11 | | c. **bent back to a fracture. Both sides of my ribs** |
| 12 | | d. **were kicked by 2 $C^{o's}$ at Old Folsome St. Prison.** |
| 13 | | Result: **Fractured Elbows** Date of Result **No Olsen Review** |
| 14 | IV. | Name of Court: _____ |
| 15 | | Type of Proceeding: _____ |
| 16 | | Grounds raised (Be brief but specific): |
| 17 | | a._____ |
| 18 | | b._____ |
| 19 | | c._____ |
| 20 | | d._____ |
| 21 | | Result: _____ Date of Result:_____ |
| 22 | (b) | Is any petition, appeal or other post-conviction proceeding now pending in any court? |
| 23 | | Yes _____ No **✓** |
| 24 | | Name and location of court: _____ |

25  B. GROUNDS FOR RELIEF

26       State briefly every reason that you believe you are being confined unlawfully. Give facts to

27  support each claim. For example, what legal right or privilege were you denied? What happened?

28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS       - 5 -

1  need more space. Answer the same questions for each claim.
2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5  Claim One: I phoned my sister Lois Brown She stated she would
6  get names of 2 C$^{os}$ from Warden who Kicked Ribs at Old Folsome.
7  Supporting Facts: My Sister Lois Brown can be subpoenad to
8  tesify my informing her to the assult Kicking my ribs
9  on my hand's & Knee's for no reason after I was called to the
10 clinic for no specific reason 2nd day ever Folsome Prison.
11 Claim Two: 2 midnight cell raids I informed the judge in open ct.
12 Sac. Superior The first one they fractured an elbow 2nd other elbow
13 Supporting Facts: Had both casts on while going to court, yet was
14 denighed a change of Venue so I took the 5th amendment
15 in open court. Upon return to New Folsome They suprise
16 transferd me to S.V.S.P. 11 months without any legal property, etc.
17 Claim Three: _____
18 _____
19 Supporting Facts: _____
20 _____
21 _____
22 _____
23   If any of these grounds was not previously presented to any other court, state briefly which
24 grounds were not presented and why:
25 _____
26 _____
27 _____
28 _____

PET. FOR WRIT OF HAB. CORPUS          - 6 -

PET. FOR WRIT OF HAB. CORPUS

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:

4  _____

5  _____

6  _____

7  Do you have an attorney for this petition?              Yes ____   No ✓

8  If you do, give the name and address of your attorney:

9  _____

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

13  Executed on __6.9.08__                    __O allara__
14         Date                                Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS      - 7 -



Anthony Allara
K60159
SUSP 10SP
PO Box 1050
Soledad CA 93960-1050

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

*Anda I K00159*
*State Prison D1HW-1-31*

**RECEIVED**
JUN 16 2008

**STATE PRISON**
**GENERATED MAIL**

Office of the Clerk U.S. District C[ourt]
Northern District of California
450 Golden Gate Avenue
San Francisco, Calif. 94102