**FILED**
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

)
) CV 08      3027
Plaintiff, ) CASE NO. _____
)
vs. ) PRISONER'S
) APPLICATION TO PROCEED
) IN FORMA PAUPERIS      WHA
) (PR)
Defendant. )
_____ )

I, Anthony Allara, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. 98F09296              - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  __Reddic Construction__
4  __Hayward Calif.__
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.   Business, Profession or               Yes ___ No ✓
9          self employment
10    b.   Income from stocks, bonds,            Yes ___ No ✓
11         or royalties?
12    c.   Rent payments?                        Yes ___ No ✓
13    d.   Pensions, annuities, or               Yes ___ No ✓
14         life insurance payments?
15    e.   Federal or State welfare payments,    Yes ___ No ✓
16         Social Security or other govern-
17         ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____
22 3.   Are you married?                         Yes ___ No ✓
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____ Net $_____
27 4.   a.   List amount you contribute to your spouse's support : $_____
28      b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____           - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  __A.A. 23   3 hundred a month_____
4  _____

5  5.   Do you own or are you buying a home?        Yes ____ No ✓
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.   Do you own an automobile?                   Yes ____ No ✓
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _____ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.   Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ____ No ✓ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)   Yes ____ No ✓
18 _____

19 8.   What are your monthly expenses?
20 Rent: $ __0_____ Utilities: __0_____
21 Food: $ __0_____ Clothing: __0_____
22 Charge Accounts:

23 Name of Account           Monthly Payment              Total Owed on This Acct.
24 _____            $ _____             $ _____
25 _____            $ _____             $ _____
26 _____            $ _____             $ _____

27 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. 98FO9296           - 3 -

1
2
3   10.   Does the complaint which you are seeking to file raise claims that have been presented in
4   other lawsuits?                                    Yes ___ No ✓
5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6   they were filed.
7
8

9          I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11         I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  _6.9.08_____                    _____*A Allara*_____
15        DATE                              SIGNATURE OF APPLICANT
16
17
18
19
20
21
22
23
24
25
26
27
28
    PRIS. APPLIC. TO PROC. IN FORMA
    PAUPERIS, Case No. 98F09296          - 4 -