CV 08 3027

We return your original letter and any docs we received. *No copies kept.*

RECEIVED
JUN 1 9 2008

FILED
JUN 1 9 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

"To whom this legally a

Case # 98F09... + 7A5C1447

I need to know if I still have a right to a federal trial, due to my appeal notice being 2 days late from a late issue of Notice of appeal forms at New Folsome Prison where I was after my trial in superior court where I took the fifth — — amendment since I wasn't granted a change of venue due to 2 midnight cell raids while going to court from Sacramento county jail, the first cell raid they fractured my left elbow & the second they held me to bend back my right elbow to another fracture to have both casts on while at court

Another difficulty is my 3 boxes of 80% legal work is being witheld at New Folsome for the 10 months I've been here from a suprise transfer.

I sent 3 602 forms there since the 2 here were denighed

P.S. Please give some basic advice or even a potential legal adress I can get a reply from at least for legal forms

"All of the above I state true under penalty of purgery"

A. Allara : K60159

Also need adresses where to send for transcripts?

Staff has been refusing 602 Olsen reviews!

Also have been deprived of photo copies.

A. Allara K60159