FILED
08 JUN 30 PM 12:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CV 08 3027

|  |  |
|---|---|
| Plaintiff, | CASE NO. _____ |
| vs. | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendant. |  |

WHA (PR)

I, Anthony Allara, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Reddic Construction
5  Hayward Calif.
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or            Yes \_\_\_ No ✓
10          self employment
11     b.   Income from stocks, bonds,         Yes \_\_\_ No ✓
12          or royalties?
13     c.   Rent payments?                    Yes \_\_\_ No ✓
14     d.   Pensions, annuities, or           Yes \_\_\_ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments, Yes \_\_\_ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                   Yes \_\_\_ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.     a.   List amount you contribute to your spouse's support:$ _____

1  b. List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  _____
6  _____
7  5. Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?   Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $_____
12 Monthly Payment: $_____
13 7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ O
17 Do you own any cash? Yes ___ No ✓ Amount: $ O
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ✓
20 _____
21 8. What are your monthly expenses?
22 Rent: $ O                   Utilities: O
23 Food: $ O                   Clothing: O
24 Charge Accounts:
25 Name of Account          Monthly Payment        Total Owed on This Acct.
26 _____          $ _____        $ _____
27 _____          $ _____        $ _____
28 _____          $ _____        $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _Four Thousand dollars Restitution to —_
4  _— case # 98F09296_
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  _6.23.08_                    _a allara_
17     DATE                     SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

Case Number: CV 08 3027

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____     _____
[Authorized officer of the institution]

C08-3027WHA

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Allara, Anthony** K60159 for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **3.38** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **6.75**.

Dated: **6/27/08**

*R. Macias*

[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                      REPORT DATE: 06/26/08
                                                                  PAGE NO:      1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SALINAS VALLEY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 26, 2008

ACCOUNT NUMBER  : K60159                       BED/CELL NUMBER: FIB1C1000000031S
ACCOUNT NAME    : ALLARA, ANTHONY VICTOR       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION     COMMENT    CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
-----    ----   -----------     -------    ---------   --------    -----------    -------

12/01/2007      BEGINNING BALANCE                                                    9.00

12/17   FC04   DRAW-FAC 4      1594 DMH                              9.00            0.00
         ACTIVITY FOR 2008
01/09* DD30    CASH DEPOSIT    1777 7215                 11.25                      11.25
03/17* DD30    CASH DEPOSIT    2411 7450                  9.00                      20.25


                             CURRENT HOLDS IN EFFECT

    DATE       HOLD
  PLACED       CODE        DESCRIPTION                   COMMENT         HOLD AMOUNT
  ------       ----        -----------                   -------         -----------
02/07/2008     H102     EYEGLASSES HOLD               2069 OPTIC             73.50


                        *  RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/04/00                     CASE NUMBER: 98F09296
COUNTY CODE: SAC                             FINE AMOUNT: $    4,400.00

    DATE        TRANS.    DESCRIPTION                TRANS. AMT.       BALANCE
    ----        ------    -----------                -----------       -------

12/01/2007      BEGINNING BALANCE                                      4,078.50

01/09/08        DR30      REST DED-CASH DEPOSIT         12.50-         4,066.00
03/17/08        DR30      REST DED-CASH DEPOSIT         10.00-         4,056.00

      *  THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT  *
      *  IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *


                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL         CURRENT        HOLDS         TRANSACTIONS
   BALANCE      DEPOSITS    WITHDRAWALS      BALANCE       BALANCE        TO BE POSTED
  ---------    ---------    -----------      -------       -------        ------------
     9.00        20.25          9.00          20.25         73.50             0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6/27/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  L. Macias  SVSP
       TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
---------
   53.25-

(Legal Mail)

A. Allara: K60159
Ib, 131-PMH
Salinas Valley State Prison
"P.O. Box. 1050"
Soledad CA. 93960

US District Court
450 Golden Gate Avenue
"P.O. Box. 36060"
San Francisco Calif 94102-9680