7.29.08

08-3027WHA

FILED
RECEIVED
JUL 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

"To whom This Legally Concerns

I mailed you 3 cases that you claimed you forwarded to Sacramento Superior Court, The only one that was Filed there was Case # 208-CV-1474-LKK-KJM-P

The other one already had Case # 98F09296

The third was a new case without a Case #

It was your choice forwanding so I will appreciate you looking into the matter since I am being denighed Law Library here for a year now.

Please reply or forward this to Sacramento Superior Court?

All of the above I state true under penalty of purgery"

C Allara K60159

A Aliara: K60159
Salinas Valley St. Prison I 1-18
P.O. Box. 1050
Soledad CA

Legal Mail
PRISON
MAILED MAIL

Office of the Clerk US District
Northern District of Calif.
450 Golden Gate Ave.
San Francisco CA. 94102



02 1A
0004397458
MAILED FROM ZIPCODE 93960
$ 00.42°
JUL 30 2008
PITNEY BOWES
UNITED STATES POSTAGE

7-29-08 CO McAthine TF.

