**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 26, 2008

US District Court
Eastern District of California
Office of the Clerk
501 "I" Street
Sacramento, CA 95814

RE: CV 08-03027 WHA  ANTHONY ALLARA-v-OLD FOLSOM STATE PRISON

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

|   |   |
|---|---|
| ☐ | Certified copy of docket entries. |
| ☐ | Certified copy of Transferral Order. |
| ☐ | Original case file documents. |
| ☒ | Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details. |

  Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,
        RICHARD W. WIEKING, Clerk

        *Susan Imbriani*

        by:  Susan Imbriani
        Case Systems Administrator

Enclosures
Copies to counsel of record